**Melvin B. COLEY, Plaintiff—Appellant,**

v.

**WARDEN, Defendant—Appellee.**

No. 07–7604.

United States Court of Appeals, Fourth Circuit.

Submitted: June 5, 2008.

Decided: June 26, 2008.

Melvin B. Coley, Appellant Pro Se. Phillip Michael Pickus, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin B. Coley appeals the district court's order granting the Appellee's Fed. R.Civ.P. 56 motion for summary judgment on Coley's 42 U.S.C. § 1983 (2000) claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Coley v. Warden,* No. 8:07–cv–01073–DKC (D.Md. Sep. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*